# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CR-065-FDW-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) ) | |
| ERREN WOODSON, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Early Production Of Rule 17(c) Subpoenaed Objects" (Document No. 29) filed May 8, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Early Production Of Rule 17(c) Subpoenaed Objects" (Document No. 29) is set for a hearing at **10:00 am on May 30, 2024** in Courtroom #1A, 401 W Trade St, Charlotte, NC 28202.

**IT IS FURTHER ORDERED** that the Government file a response to Defendant's "Motion For Early Production Of Rule 17(c) Subpoenaed Objects" (Document No. 29) on or before **May 29, 2024**.

**SO ORDERED**.

Signed: May 21, 2024

David C. Keesler
United States Magistrate Judge